*William Ocobock* v. *Jacob Bakeman.* L. H. SANDFORD, for complainant; S. STEVENS, for defendant. Decree of the vice chancellor of the seventh circuit, affirmed with costs.

*In the matter of Joel Rich, an habitual drunkard.* C. F. INGALLS, for Rich; C. STEVENS, for the committee. Application for an issue refused. And the costs of the committee in opposing the same, to be taxed as between solicitor and client, to be paid out of the estate.

*Thomas F. Wyman* v. *Griffith P. Griffith and others.* S. MATTHEWS and F. M. HAIGHT, for appellant; A. TABER, for respondents. The part of the decree appealed from reversed, and decree modified; but without costs to either party on the appeal.